

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2020

No. 04-19-00645-CR

Lonnie Jerome James **ELLISON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10112C
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

Appellant's first motion for an extension of time to file his brief is GRANTED. Appellant's brief is due on or before **April 27, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court